BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATIF HENAN, ) <br> ATEF SHEHATA, ) <br> SAMY GIRGIS, and ) <br> SOHEIR GIRGIS, ) <br> ) <br> Defendants. ) <br> _____) | CR. NO. 10-cr-00259-JAM <br><br> GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO SOHEIR GIRGIS |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing all counts of the above-captioned indictment filed on July 6, 2010, as to Soheir Girgis only.

DATED: July 23, 2012

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                 By:/s/ Peter M. Williams
                                          PETER M. WILLIAMS
                                          Special Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER M. WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>ATIF HENAN,<br>ATEF SHEHATA,<br>SAMY GIRGIS, and<br>SOHEIR GIRGIS,<br>        Defendants. | CR. NO. 10-cr-00259-JAM<br><br>ORDER DISMISSING<br>INDICTMENT AS TO<br>SOHEIR GIRGIS ONLY |

Based on the the government's motion to dismiss the indictment against SOHEIR GIRGIS,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to SOHEIR GIRIS only.

DATED: 7/24/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge